NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1223
(Serial No. 10/951,076)

IN RE ELDON ROTH

Russell D. Culbertson, The Culbertson Group, PC, of Austin, Texas, argued for appellant.

Robert J. McManus, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, argued for the Director of the United States Patent and Trademark Office. With him on the brief were Raymond T. Chen, Solicitor, and Joseph G. Piccolo, Associate Solicitor.

Appealed from: United States Patent and Trademark Office
                      Board of Patent Appeals and Interferences

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1223
(Serial No. 10/951,076)

IN RE ELDON ROTH

# Judgment

ON APPEAL from the      United States Patent and Trademark Office, Board of Patent Appeals and Interferences

In CASE NO(S).      10/951,076.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam  (RADER, ARCHER, and GAJARSA, <u>Circuit Judges</u>).

**<u>AFFIRMED</u>.** <u>See</u> Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED  <u>October 14, 2009</u>      <u>Jan Horbaly</u>
                                          Jan Horbaly, Clerk